**FILED**
APR 14 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALBERTO LAZARO,

Defendant.

CASE NO: 1:22-CR-00086-DAD-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: ALBERTO LAZARO
Detained at: Fresno County Jail
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
     charging detainee with: 18 USC §§ 1708, 1704
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary by FORTHWITH*

Signature: */s/ Alexandre Dempsey*
Printed Name & Phone No: Alexandre Dempsey, 559-353-0644
Attorney of Record for: United States

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/14/22

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: Booking: 2210690 CDC:
Facility Address: 1225 M. St, Fresno CA
Facility Phone: 559.600.8440
Currently

☒ Male ☐ Female
DOB: 06/05/1989
Race: Hispanic/Latino
FBI#: 847337CC3

## RETURN OF SERVICE

Executed on: _____

_____
(signature)