HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALBERTO LAZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO LAZARO,<br><br>Defendant. | Case No. 1:22-cr-00086-DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date:   October 26, 2022<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alberto Lazaro, that the Court may continue the status conference currently scheduled for August 24, 2022, at 1:00 p.m. to October 26, 2022, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on August 24, 2022.

2. The government has produced initial discovery, consisting of 711 Bates-marked pages in addition to body-camera footage and audio files.

3. Defense counsel requires time to review discovery, consult with her client regarding his options, and conduct necessary investigation.

4. Defense counsel believes that failure to grant the above-requested continuance

1 would deny her the reasonable time necessary for effective preparation, taking into account the
2 exercise of due diligence.
3     5.     The government does not object to the requested continuance.
4     6.     Based on the above-stated findings, the ends of justice served by continuing the
5 case as requested outweigh the interest of the public and the defendant in a trial within the
6 original date prescribed by the Speedy Trial Act.
7     7.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8 *et seq.*, within which trial must commence, the time period of August 24, 2022, to October 26,
9 2022, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).
10 **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 17, 2022      */s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 17, 2022      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ALBERTO LAZARO

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for August 24, 2022, at 1:00 p.m. is hereby continued to **October 26, 2022, at 1:00 p.m. before Magistrate Barbara A. McAuliffe.** For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 24, 2022, to October 26, 2022, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: **August 17, 2022**        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE