HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALBERTO LAZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO LAZARO,<br><br>Defendant. | Case No. 1:22-cr-00086-ADA-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   March 22, 2023<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alberto Lazaro, that the Court may continue the status conference currently scheduled for February 22, 2023, at 1:00 p.m. to March 22, 2023, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on February 22, 2023.

2. The government has produced initial discovery, consisting of 711 Bates-marked pages in addition to body-camera footage and audio files.

3. The parties are engaged in plea negotiations, and the government provided a revised plea agreement on January 31, 2023.

1     4.   Defense counsel requires time to review discovery and discuss the revised plea
2  agreement with her client.
3     5.   Defense counsel believes that failure to grant the above-requested continuance
4  would deny her the reasonable time necessary for effective preparation, taking into account the
5  exercise of due diligence.
6     6.   The government does not object to the requested continuance.
7     7.   Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.
10    8.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 *et seq.*, within which trial must commence, the time period February 22, 2023, to March 22,
12 2023, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 15, 2023        */s/ Alexandre Dempsey*
                               ALEXANDRE DEMPSEY
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: February 15, 2023        */s/ Erin Snider*
                               ERIN SNIDER
                               Assistant Federal Defender
                               Attorney for Defendant
                               ALBERTO LAZARO

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS SO ORDERED that the status conference is continued from February 22, 2023, to **March 22, 2023 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: __February 15, 2023__           /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE