HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALBERTO LAZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00086-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA; ORDER** |
| vs. | |
| ALBERTO LAZARO, | Date:   April 3, 2023<br>Time:   8:30 a.m. |
| Defendant. | Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Alberto Lazaro, that the Court may vacate the status conference currently scheduled for March 22, 2023, and set this matter for a change of plea hearing on April 3, 2023, before the Honorable Ana de Alba.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on March 22, 2023.

2. The parties have reached a resolution and a signed plea agreement will be filed shortly.

3. The parties therefore request that the Court vacate the March 22, 2023 status conference and set this matter for a change of plea hearing on April 3, 2023.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the time period of March 22, 2023, to April 3, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G), as the delay results from consideration by the court of a proposed plea agreement.

   **IT IS SO STIPULATED.**

              Respectfully submitted,

              PHILLIP A. TALBERT
              United States Attorney

Date: March 15, 2023      */s/ Alexandre Dempsey*
              ALEXANDRE DEMPSEY
              Assistant United States Attorney
              Attorney for Plaintiff


              HEATHER E. WILLIAMS
              Federal Defender

Date: March 15, 2023      */s/ Erin Snider*
              ERIN SNIDER
              Assistant Federal Defender
              Attorney for Defendant
              ALBERTO LAZARO

# O R D E R

**IT IS SO ORDERED.** The status currently scheduled for March 22, 2023, at 1:00 p.m. is vacated. A change of plea hearing is hereby set for **April 3, 2023, at 8:30 a.m. before the Honorable Ana de Alba**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 22, 2023, to April 3, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G),

IT IS SO ORDERED.

Dated:  **March 15, 2023**      /s/ *Barbara A. McAuliffe*
              UNITED STATES MAGISTRATE JUDGE