| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ALBERTO LAZARO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00086-TLN-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| ALBERTO LAZARO, | Date:   August 19, 2025 |
| Defendant. | Time:   2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Alberto Lazaro, that the status conference currently scheduled for July 8, 2025, at 2:00 p.m. may be continued to August 19, 2025, at 2:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Lazaro made his initial appearance is currently participating in an inpatient treatment program at CAP, which he began on June 27, 2025.  His access to communication is limited in the initial stages of the program.  Defense Counsel requests a continuance in order to allow Mr. Lazaro time for effective preparation of his case and to facilitate negotiation between the parties.  In light of the above, the parties are requesting that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court. Mr. Lazaro's probation officer, Adrian Garcia, does not object to the continuance.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: July 3, 2025                  */s/ Calvin Lee*
                                    CALVIN LEE
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 3, 2025                  */s/ Laura Myers*
                                    LAURA MYERS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ALBERTO LAZARO

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for July 8, 2025, at 2:00 p.m. is hereby continued to August 19, 2025, at 2:00 p.m.

IT IS SO ORDERED.

Dated:    **July 3, 2025**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE