HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALBERTO LAZARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>ALBERTO LAZARO,<br><br>              Defendant. | Case No. 1:22-cr-00086-TLN-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   October 8, 2025<br>Time:  2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Alberto Lazaro, that the status conference currently scheduled for August 19, 2025, at 2:00 p.m. may be continued to October 8, 2025, at 2:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Mr. Lazaro is currently participating in an inpatient treatment program at CAP, which he began on June 27, 2025.  He is on track to complete the 90-day program in late September.

In addition, defense counsel has requested additional discovery, and the government is in the process of complying with that request.

In light of the above, Defense Counsel requests a continuance in order to allow Mr. Lazaro time for effective preparation of his case, to allow for review of the additional discovery, and to facilitate negotiation between the parties.  Therefore, the parties are requesting

that the matter be continued for a further status conference. The requested continuance will conserve time and resources for the parties and the Court. Mr. Lazaro's probation officer, Adrian Garcia, does not object to the continuance.

Respectfully submitted,

ERIC GRANT
Interim United States Attorney

Date: August 15, 2025      /s/ Calvin Lee
                           CALVIN LEE
                           Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender

Date: August 15, 2025      /s/ Laura Myers
                           LAURA MYERS
                           Assistant Federal Defender
                           Attorney for Defendant
                           ALBERTO LAZARO

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for August 19, 2025, at 2:00 p.m. is hereby continued to October 8, 2025, at 2:00 p.m. The Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **August 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge