ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00086-TLN-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE WITHOUT PREJUDICE; VACATE STATUS HEARING; ORDER |
| v. | |
| ALBERTO LAZARO, | |
| Defendant. | |

The government moves to dismiss without prejudice the Supervised Release Violation Petition ("the Petition") in the interest of justice. ECF No. 42.

The Petition charged Alberto Lazaro with one new law violation based on Mr. Lazaro's March 16, 2025 arrest. Although the State of California ("the State") initially filed a charge against Mr. Lazaro for a violation of Section 273.5(a) of the California Penal Code, Inflict Corporal Injury on Spouse/Cohabitant, the charge was dismissed on May 15, 2025. *The People of the State of California v. Alberto Lazaro* Case No. F25901681. The Probation Officer also indicated that Mr. Lazaro has been performing satisfactorily and recommended that no further action be aken. Therefore, consideraing all of the above, the government movesto dismiss the Petition in the interest of justice. The government conferred with the United States Probation Office, who indicated they support the government's motion to dismiss.

The government requests that the Court dismiss without prejudice the Petition and vacate the

MOTION TO DISMISS SUPERVISED RELEASE PETITION     1

Status Conference for the Violation of Supervised Release Petition currently scheduled for November 12, 2025.

Dated:  November 7, 2025

ERIC GRANT
United States Attorney

By: /s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

# **ORDER**

IT IS HEREBY ORDERED that the Supervised Release Violation Petition is dismissed without prejudice in the interest of justice. ECF No. 42. All future dates in this matter, including the Status Conference re Violation of Supervised Release set for November 12, 2025, are VACATED.

All other conditions of the defendant's Supervised Release shall remain in full force and effect

IT IS SO ORDERED

Date: November 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE